1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING CONCEPTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN BIEBER *et al.*,<br><br>Defendants. | Case No.: 2:22-cv-2650<br><br>[PROPOSED] ORDER GRANTING STIPULATION EXTENDING TIME FOR CERTAIN DEFENDANTS TO ANSWER COMPLAINT [12] |

# ORDER

WHEREAS good cause is shown, IT IS HEREBY ORDERED, based upon the concurrently filed Stipulation of the parties thereto, as follows:

1. Defendants Justin Bieber; Dan Smyers; Shay Mooney; Jessie Jo Dillon; Jordan Reynolds; Warner Music Nashville, LLC; W Chappell Music Corp.; Warner Music Group Corp.; Warner-Tamerlane Publishing Corp.; Universal Music Corporation; Big Machine Music LLC; Shay Mooney Music; Biebertime Publishing, LLC; Jreyn Productions LLC; Beats and Banjos; BMG Rights Management (US) LLC; Jason Boyd; Poo BZ Inc.; and BUCKEYE26 shall have up to and including August 15, 2022 to respond to the Complaint.

IT IS SO ORDERED.

Dated: July 12, 2022      By: _____
                              United States District Judge