Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397

Ilene S. Farkas (*pro hac vice* application forthcoming)
*ifarkas@pryorcashman.com*
Jessica L. Rosen (*pro hac vice* application forthcoming)
*jrosen@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Tel: (212) 421-4100
Fax: (212) 326-0806

*Attorneys for Defendants*
JUSTIN BIEBER; DANIEL SMYERS A/K/A DAN SMYERS; SHAY MOONEY; JESSIE JO DILLON; JORDAN REYNOLDS; WARNER MUSIC NASHVILLE LLC; W CHAPPELL MUSIC CORP.; WARNER MUSIC GROUP CORP.; WARNER-TAMERLANE PUBLISHING CORP.; UNIVERSAL MUSIC CORP.; BIG MACHINE MUSIC, LLC; SHAY MOONEY MUSIC; BIG ASS PILE OF DIMES MUSIC; BIEBERTIME PUBLISHING, LLC; JREYNMUSIC (INCORRECTLY NAMED AS JREYN PRODUCTIONS LLC DBA JREYNMUSIC); AND BEATS AND BANJOS

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN BIEBER *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-2650 <br><br> **CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** <br><br> Judge: Hon. R. Gary Klausner <br><br> Complaint filed: April 21, 2022 <br><br> Trial Date: None set |

## CORPORATE DISCLOSURE STATEMENT
## AND NOTICE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Warner Music Nashville LLC; W Chappell Music Corp.; Warner Music Group Corp.; Warner-Tamerlane Publishing Corp.; Universal Music Corp. (sued as Universal Music Corporation); Big Machine Music, LLC; and Biebertime Publishing, LLC hereby submit this corporate disclosure statement and state as follows:

Warner Music Nashville LLC; W Chappell Music Corp.; Warner Music Group Corp.; and Warner-Tamerlane Publishing Corp.:

Defendants Warner Music Nashville LLC; W Chappell Music Corp. and Warner-Tamerlane Publishing Corp. are wholly-owned, indirect subsidiaries of Defendant Warner Music Group Corp., which is a publicly-traded company with more than ten percent (10%) of its stock owned by AI Entertainment Holdings LLC and certain of its affiliates, which are not publicly traded companies.

Universal Music Corp.:

Defendant Universal Music Corp.'s ultimate parent is Universal Music Group, N.V., a Netherlands public limited company. No other publicly-held corporation owns 10% or more of Universal Music Corp.'s stock.

Big Machine Music, LLC:

Defendant Big Machine Music, LLC's ultimate parent is Hybe Co., Ltd., a South Korean public limited company. No other publicly-held corporation owns 10% or more of Big Machine Music, LLC.

Biebertime Publishing, LLC:

Defendant Biebertime Publishing, LLC is wholly-owned by Labore Et Perseverantia LLC. No public company owns 10% or more of Biebertime Publishing, LLC.

1

The undersigned, counsel of record for Defendants Justin Bieber; Daniel Smyers a/k/a Dan Smyers; Shay Mooney; Jessie Jo Dillon; Jordan Reynolds; Warner Music Nashville LLC; W Chappell Music Corp.; Warner Music Group Corp.; Warner-Tamerlane Publishing Corp.; Universal Music Corp.; Big Machine Music, LLC; Shay Mooney Music; Big Ass Pile of Dimes Music; Biebertime Publishing, LLC; Jreynmusic (incorrectly named as JREYN PRODUCTIONS LLC dba JREYNMUSIC); and Beats and Banjos, pursuant to Local Rule 7.1-1, certifies that the following listed party or parties may have a pecuniary interests in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| 1.  Justin Bieber | 1.  Named defendant |
| 2.  Daniel Smyers a/k/a Dan Smyers | 2.  Named defendant |
| 3.  Shay Mooney | 3.  Named defendant |
| 4.  Jessie Jo Dillon | 4.  Named defendant |
| 5.  Jordan Reynolds | 5.  Named defendant |
| 6.  Warner Music Nashville LLC | 6.  Named defendant |
| 7.  W Chappell Music Corp. | 7.  Named defendant |
| 8.  Warner Music Group Corp. | 8.  Named defendant |
| 9.  Warner-Tamerlane Publishing Corp. | 9.  Named defendant |
| 10. Universal Music Corp. | 10. Named defendant |
| 11. Big Machine Music, LLC | 11. Named defendant |
| 12. Shay Mooney Music | 12. Named defendant |
| 13. Big Ass Pile of Dimes Music | 13. Named defendant |
| 14. Biebertime Publishing, LLC | 14. Named defendant |
| 15. Jreynmusic | 15. Named defendant |
| 16. Beats and Banjos | 16. Named defendant |
| 17. Jason Boyd | 17. Named defendant |

| | | |
|---|---|---|
| 1 | 18.BMG Rights Management (US) LLC | 18.Named defendant |
| 2 | 19.Poo BZ Inc. | 19.Named defendant |
| 3 | 20.Buckeye26 | 20.Named defendant |
| 4 | 21.Mojo Cayman, L.P. | 21.Interest in allegedly infringing |
| 5 | | song |
| 6 | 22.Songs of Mojo, LLC | 22.Administrator of Mojo Cayman, |
| 7 | | L.P.'s interest in allegedly |
| 8 | | infringing song |

Dated:      August 25, 2022      Respectfully submitted,

**PRYOR CASHMAN LLP**

By:     _/s/ Benjamin S. Akley_

Benjamin S. Akley
*bakley@pryorcashman.com*
Ilene S. Farkas (*pro hac vice* application
forthcoming)
*ifarkas@pryorcashman.com*
Jessica L. Rosen (*pro hac vice* application
forthcoming)
*jrosen@pryorcashman.com*

*Attorneys for Defendants*

3