Benjamin S. Akley (State Bar No. 278506)
*bakley@pryorcashman.com*
**PRYOR CASHMAN LLP**
1801 Century Park East, 24th Floor
Los Angeles, California 90067-2302
Tel: (310) 683-6900
Fax: (310) 943-3397
Ilene S. Farkas (admitted *pro hac vice*)
*ifarkas@pryorcashman.com*
Jessica L. Rosen (admitted *pro hac vice*)
*jrosen@pryorcashman.com*
**PRYOR CASHMAN LLP**
7 Times Square
New York, New York 10036
Tel: (212) 421-4100
Fax: (212) 326-0806
*Attorneys for Defendants*

JUSTIN BIEBER; DANIEL SMYERS A/K/A DAN SMYERS; SHAY MOONEY; JESSIE JO DILLON; JORDAN REYNOLDS; WARNER MUSIC NASHVILLE LLC; W CHAPPELL MUSIC CORP;WARNER MUSIC GROUP CORP.; WARNER-TAMERLANE PUBLISHING CORP.; UNIVERSAL MUSIC CORP.; BIG MACHINE MUSIC, LLC; SHAY MOONEY MUSIC; BIG ASS PILE OF DIMES MUSIC; BIEBERTIME PUBLISHING, LLC; JREYNMUSIC (incorrectly named as JREYN PRODUCTIONS LLC dba JREYNMUSIC); BEATS AND BANJOS; MOJO CAYMAN, L.P.; AND SONGS OF MOJO LLC DBA SONGS OF MOJO TWO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL MANUFACTURING CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUSTIN BIEBER *et al.*, <br><br> Defendants. | Case No.: 2:22-cv-2650 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff International Manufacturing Concepts, Inc. ("Plaintiff") and Defendants Dan Smyers; Shay Mooney; Jessie Jo Dillon; Jordan Reynolds; Justin Bieber; Jason Boyd; Poo BZ, Inc.; Warner Music Nashville, LLC; Warner-Tamerlane Publishing Corp.; W Chappell Music Corp.; Warner Music Group Corp.; Big Machine Music, LLC; Biebertime Publishing, LLC; Universal Music Corp.; Big Ass Pile of Dimes Music; Shay Mooney Music; Beats and Banjos; Jreynmusic (incorrectly named as JREYN PRODUCTIONS LLC); Mojo Cayman, L.P.; Songs of Mojo LLC dba Songs of Mojo Two (incorrectly sued as Delaware Mojo, L.P.); and Delaware Mojo, L.P. (collectively, "Defendants") (collectively, the "Parties") **hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this entire action shall be dismissed with prejudice, with the Parties to bear their own respective attorneys' fees and costs incurred in this lawsuit.**

Dated: June 1, 2023        **THE LOVELL FIRM**

By: */s/ Tre Lovell*
Tre Lovell

*Attorneys for Plaintiff*

Dated: June 1, 2023        **PRYOR CASHMAN LLP**

By: */s/ Benjamin S. Akley*
Benjamin S. Akley
Ilene S. Farkas
Jessica L. Rosen

*Attorneys for Defendants*
***JUSTIN BIEBER; DAN SMYERS; SHAY MOONEY; JESSIE JO DILLON; JORDAN REYNOLDS; WARNER MUSIC NASHVILLE,***

| | |
|---|---|
| | LLC; W CHAPPELL MUSIC CORP; WARNER MUSIC GROUP CORP.; WARNER-TAMERLANE PUBLISHING CORP.; UNIVERSAL MUSIC CORPORATION; BIG MACHINE MUSIC LLC; SHAY MOONEY MUSIC; BIEBERTIME PUBLISHING, LLC; JREYN PRODUCTIONS LLC; BEATS AND BANJOS; MOJO CAYMAN, L.P.; AND SONGS OF MOJO LLC DBA SONGS OF MOJO TWO (INCORRECTLY SUED AS DELAWARE MOJO, L.P.) |
| Dated: June 1, 2023 | **KING, HOLMES, PATERNO & SORIANO, LLP** |
| | By:  */s/ Jackson S. Trugman*  <br>     Howard E. King <br>     Jackson S. Trugman |
| | ***Attorneys for Defendants*** <br> ***JASON BOYD and Poo BZ, Inc.*** |